United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SCOTT JOHNSON,

Case No. 18-cv-07253-SVK

8

Plaintiff,

9

v.

**ORDER RELIEVING PLAINTIFF OF MEDIATION OBLIGATION AND DIRECTING FILING OF DISPOSITIVE MOTION**

10

JOHN M. MORGIN, et al.,

Re: Dkt. Nos. 46, 48, 49

11

Defendants.

12       On June 25, 2020, ADR posted a clerk's notice setting an ADR phone conference for July

13   2, 2020 at 10:30 a.m.  Dkt. 48.  On July 2, 2020, ADR posted a remark stating that the phone

14   conference was held and that Defense counsel did not appear.  Dkt. 49.  Defense counsel also

15   neglected to appear at the June 16, 2020 case management conference.  Dkts. 45, 46.

16       Accordingly, the Court hereby relieves Plaintiff of his mediation obligations under General

17   Order No. 56 and this Court's Second Amended Case Management Order.  The Court will not

18   burden the alternative dispute resolution system further with this matter.  Plaintiff is directed to

19   file a motion for summary judgment promptly.

20       **SO ORDERED.**

21   Dated: July 6, 2020

22
23
24

SUSAN VAN KEULEN
United States Magistrate Judge

25
26
27
28